**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Sol Sebastian PEOPLES, Defendant–**
**Appellant.**

**No. 13–11339.**

United States Court of Appeals,
Fifth Circuit.

Aug. 19, 2015.

Brian W. Mckay, Esq., Assistant U.S. Attorney, John J. Boyle, Assistant U.S.

Attorney, James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before REAVLEY, SMITH, and SOUTHWICK, Circuit Judges.

*ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES*

PER CURIAM: *

The defendant has been sentenced to the mandatory minimum sentence pursuant to the Armed Career Criminal Act because of three prior convictions for violent felonies. Because the Supreme Court has held that the residual clause of the statute is unconstitutional in *Johnson v. United States*, 576 U.S. ——, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015), defendant's sentence must be vacated and a new sentence imposed.

SENTENCE VACATED; CASE REMANDED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.